UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:06CR322 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTONIO F. VEGA, SR., | ) | <u>DISMISSAL ORDER</u> |
| | ) | |
| Defendant. | ) | |

The Court granted the Defendant's Motion to Suppress Evidence and Motion to Suppress Statements.  In that the Government cannot proceed without this evidence, the case is dismissed for want of prosecution.

IT IS SO ORDERED.

 /s/ Patricia A. Gaughan<br>
PATRICIA A. GAUGHAN<br>
United States District Judge

Dated:   8/31/06